IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLARENCE LEWIS,

      Plaintiff,

v.                                                   No. 13-cv-0373 SMV-LAM

RICHARD FERGUSON and
JAMES D. TURNER, INC.,

      Defendants.

## ORDER GRANTING STIPULATED MOTION FOR REMAND

THIS MATTER is before the Court upon the Defendants' Stipulated Motion for Remand [Doc. 9], filed April 24, 2013.  Defendants, with the approval of Plaintiff, move for remand.  Stipulated Motion for Remand [Doc. 9] at 1.  The Court, being informed that the Motion is unopposed, and being otherwise fully informed in the premises, FINDS that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJDUGED, AND DECREED** that Defendants' Stipulated Motion for Remand [Doc. 9] is **GRANTED**.  The above captioned matter is hereby remanded to the Ninth Judicial District Court, County of Roosevelt, State of New Mexico. The parties shall bear their own fees and costs.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**